# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3210

_____

| | | |
|---|---|---|
| William Calhoun, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Wal-Mart, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: July 31, 2009
Filed: August 5, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

William Calhoun appeals the district court's[1] order dismissing his employment-discrimination suit, in part because he failed to disclose the action in bankruptcy filings. Following careful review, we find no abuse of discretion in the application of judicial estoppel to Calhoun's claim. See Stallings v. Hussmann Corp., 447 F.3d 1041, 1046 (8th Cir. 2006) (standard of review). We decline Calhoun's request to modify the dismissal to be without prejudice, given that a without-prejudice dismissal

---

[1]The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.

would serve no purpose because Calhoun is estopped from pursuing his action in the future.  See Paulucci v. City of Duluth, 826 F.2d 780, 782-83 (8th Cir. 1987).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____